Matthew D. Resnik (Bar No. 182562)
Pardis Akhavan (Bar No. 320342)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
matt@RHMFirm.com
pardis@RHMFirm.com

*Attorneys for Debtor*
Muriel Jones

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MURIEL JONES,<br><br>Debtor. | Case No. 2:19-bk-12014-WB<br><br>Chapter 13<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW D. RESNIK IN SUPPORT THEREOF**<br><br>[No hearing required pursuant to Local Bankruptcy Rule 1007-1(b)] |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE; THE CHAPTER 13 TRUSTEE; AND OTHER CREDITORS AND PARTIES IN INTEREST:**

Muriel Jones, Debtor and Debtor-in-Possession herein (hereinafter "Debtor"), hereby requests that she be given fourteen (14) additional days to prepare and file her Bankruptcy Schedules, Statements and the Chapter 13 Plan and related forms, as set forth herein.

Debtor filed her Emergency Chapter 13 Petition on <u>February 26, 2019,</u> ***in pro per.*** The remainder of her Schedules and Statements are due on <u>March 12, 2019.</u>  The §341(a) Meeting of Creditors is presently set for <u>April 4, 2019</u> and the Chapter 13 Plan Confirmation Hearing is set for <u>April 24, 2019.</u>

Debtor thereafter retained current counsel; the substitution of attorney form was filed on March 11, 2019 (Docket No. 10), ***<u>the same date as the filing of this Motion.</u>***

As Debtor has only very recently been able to retain counsel, she requests of the Court additional time to gather the required information so that she and her counsel can prepare and draft accurate and complete Schedules, Statements and the Chapter 13 Plan and related forms.

This Motion is based on this Motion, the supporting Memorandum of Points and Authorities, and the Declaration of Matthew D. Resnik.

WHEREFORE, the Debtor respectfully requests that the Court enter its order granting her an additional fourteen (14) days, to <u>March 26, 2019</u>, to file the remainder of her Bankruptcy Schedules, Statements and the Chapter 13 Plan and related forms, as set forth herein.

Dated:  March 11, 2019                                         **RESNIK HAYES MORADI LLP**

                                                      **By:**      **/s/ Matthew D. Resnik**
                                                                    **Matthew D. Resnik**
                                                                    **Pardis Akhavan**
                                                                    *Attorneys for Debtor*
                                                                    Muriel Jones

# **MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    **STATEMENT OF FACTS**

Muriel Jones (hereinafter "Debtor") filed an "Emergency Petition" to obtain relief under Chapter 13 of Title 11 in the Central District of California, Los Angeles Division, on February 26, 2019, *in pro per*.

The remainder of her Schedules and Statements are due on March 12, 2019. The §341(a) Meeting of Creditors is presently set for April 4, 2019 and the Chapter 13 Plan Confirmation Hearing is set for April 24, 2019.

Debtor thereafter retained current counsel; the substitution of attorney form was filed on March 11, 2019 (Docket No. 10), ***the same date as the filing of this Motion.***

## II.    **DISCUSSION**

### A. **The Bankruptcy Rules Provide for Further Time Upon Request**

F.R.B.P. 1007(c) states as follows:

> Except as provided in §1116(3), any extension of time to file schedules, statements, and other documents required under this rule may be granted only on motion for cause shown and on notice to the United States trustee, any committee elected under §705 or appointed under §1102 of the Code, trustee, examiner, or other party as the court may direct. Notice of an extension shall be given to the United States trustee and to any committee, trustee, or other party as the court may direct.

Local Bankruptcy Rule 1007-1(b) provides:

> (b) Extension of Time to File Lists, Schedules, Statements, and Other Documents.
>
> (1) A motion for an extension of time to file the lists of creditors and equity security holders, or to file the schedules, statements, and other documents, must: (A) identify the date the petition was filed, and the date of

**RESNIK HAYES MORADI LLP**

3

the proposed new deadline; (B) be supported by a declaration under penalty of perjury establishing a sufficient explanation for the requested extension of time; and (C) contain a proof of service upon the case trustee (if any) and all creditors.

(2) The motion may be ruled upon without a hearing pursuant to LBR 9013-1(p).

(3) If the court grants the motion, the court may dismiss the case without further notice and hearing if any list, schedule, statement, or plan (in chapter 13 cases) is not filed within the additional time allowed by the court.

### B. <u>Cause Has Been Shown</u>

The Debtor seeks a one-time extension of the deadline to file her Schedules, Statements and the Chapter 13 Plan and related forms, to <u>March 26, 2019,</u> because she was only *very* recently able to retain counsel: the substitution of attorney form was filed on March 11, 2019 (Docket No. 10), ***<u>the same date as the filing of this Motion.</u>***

The Debtor requires additional time to work with her new counsel to review and gather the necessary and required information as to all of her assets, debts, and liabilities so that <u>accurate</u> and <u>complete</u> documents can be drafted and so that she can otherwise get in compliance with the rules and requirements of the Court and Chapter 13 Trustee.

Through this Motion, the Debtor seeks an extension of time to file the following documents:

1. Statement of Related Cases;
2. Summary of Assets and Liabilities;
3. Schedules A-J;
4. Statement of Financial Affairs;
5. Declaration About Debtor's Schedules;
6. Debtor's Certification of Employment Income;
7. Statement of Current Monthly Income;

**RESNIK HAYES MORADI LLP**

4

8. Creditor Matrix;

9. Verification of Income;

10. Compensation Statement of Attorney for Debtor;

11. Rights and Responsibilities Agreement;

12. Chapter 13 Plan;

13. Notice of §341(a) Meeting of Creditors and Copy of Chapter 13 Plan;

14. Declaration re Tax Returns and Domestic Support Obligations.

### III.   CONCLUSION

WHEREFORE, the Debtor respectfully requests that the Court enter its order granting her an additional fourteen (14) days, to March 26, 2019, to file the remainder of her Bankruptcy Schedules, Statements and the Chapter 13 Plan and related forms, as set forth herein.

Dated:  March 11, 2019                                **RESNIK HAYES MORADI LLP**

                                                      **By:    /s/ Matthew D. Resnik**
                                                              **Matthew D. Resnik**
                                                              **Pardis Akhavan**
                                                              *Attorneys for Debtor*
                                                              Muriel Jones

**RESNIK HAYES MORADI LLP**

5

## DECLARATION OF MATTHEW D. RESNIK

I, Matthew D. Resnik, declare as follows:

1.     I am an attorney at law licensed in the State of California and authorized to practice before the District Courts in the Central District of California, and before this Court.  I am over the age of eighteen (18). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently with respect thereto. Where facts are alleged upon information and belief, I believe them to be true.  I am counsel of record for the Debtor herein.

2.     The Debtor filed her "Emergency Chapter 13 Petition" on February 26, 2019, *in pro per*.  The remainder of her Schedules and Statements are due on March 12, 2019.  The §341(a) Meeting of Creditors is presently set for April 4, 2019 and the Chapter 13 Plan Confirmation Hearing is set for April 24, 2019.

3.     Debtor thereafter retained my firm; the substitution of attorney form was filed on March 11, 2019 (Docket No. 10), ***the same date as the filing of this Motion.***

4.     As Debtor has only just retained me as her Bankruptcy counsel, we seek additional time to work with her to review and gather the necessary and required information as to all of her assets, debts, and liabilities so that accurate and complete documents can be drafted and so that she can otherwise get in compliance with the rules and requirements of the Court and Chapter 13 Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2019, at Encino, California.

                                        /s/ Matthew D. Resnik
                                        **Matthew D. Resnik**

**RESNIK HAYES MORADI LLP**

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled **DEBTOR'S NOTICE OF MOTION AND MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW D. RESNIK IN SUPPORT THEREOF** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/11/2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page.

- **Nancy K Curry (TR)    TrusteeECFMail@gmail.com**
- **Matthew D. Resnik    matt@rhmfirm.com, ResnikMR81240@notify.bestcase.com;roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com**
- **Valerie Smith    claims@recoverycorp.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**II. SERVED BY U.S. MAIL:** On **3/11/2019** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

*U.S. Trustee and Chp. 13 Trustee served via ECF.*

*__Served Via US First Class Mail:__*

**Muriel Jones**
2618 West Martin Luther King Blvd.
Los Angeles, CA 90008

*ALL CREDITORS:*

| | |
|---|---|
| Employment Development Dept. | Franchise Tax Board |
| Bankruptcy Group MIC 92E | Bankruptcy Section MS: A-340 |
| PO Box 826880 | PO Box 2952 |
| Sacramento, CA 94280 | Sacramento, CA 95812 |

**RESNIK HAYES MORADI LLP**

Office of Finance  
City of Los Angeles  
200 N. Spring St., Rm 101 City Hall  
Los Angeles, CA 90012  

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101  

Los Angeles County Tax Collector  
2225 North Hill Street  
Los Angeles, CA 90051  

Medicredit, Inc.  
PO Box 1629  
Maryland Heights, MD 63043  

Menick Bank  
Po Box 660702  
Dallas, TX 75266  

The Chong Family Trust  
c/o County Records Research Inc.  
4952 warner Ave., #105  
Huntington Beach, CA 92649  

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **3/11/2019** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

***Personal Delivery:***

**Honorable Julia W. Brand**  
**United States Bankruptcy Court**  
**Central District of California**  
255 E. Temple Street, Suite 1382  
Los Angeles, CA 90012  

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **3/11/2019** | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**RESNIK HAYES MORADI LLP**