**FILED & ENTERED**

**MAR 13 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| | |
|---|---|
| In re:<br><br>MURIEL JONES,<br><br><br><br><br>                                             Debtor(s). | CASE NO.: 2:19-bk-12014-WB<br>CHAPTER: 13<br><br>**ORDER RE MOTION TO EXTEND DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**<br><br>*Motion is docket entry # 13* |

On *3/11/19,* the debtor filed a Motion to extend time to file case commencement documents (Motion). Having reviewed the Motion IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is *3/26/19*. **No additional requests for extensions of time will be granted absent sufficient cause.**

☐ The Motion is DENIED because (*check all reasons that apply*):

  ☐ The Motion does not contain an adequate explanation for why more time is needed to file the missing documents.
  ☐ The Motion is not supported by a declaration under penalty of perjury.
  ☐ The Motion was filed after deadline for filing missing document(s).
  ☐ There is no Proof of Service of the Motion on all creditors.
  ☐ Other:

☐ A hearing on the Motion is set for the following date, time and location:    **Date:**      **Time:**

  **Courtroom #**    **Address of courthouse**:
###

Date: March 13, 2019

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge